```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
JASMINE TORO,

            Plaintiff,

   - against -

METAL CREATIONS, INC.,

            Defendant.

23-cv-1728 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **June 6, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 27, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:   New York, New York
          May 23, 2023

                                              John G. Koeltl
                                     United States District Judge